UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Julio G.,

Petitioner,

v.

Pamela Bondi, *in her official capacity as Attorney General of the United States*; David Easterwood, *in his official capacity as Field Office Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement*; Jose D. Garcia, *in his official capacity as Field Office Director, El Paso Field Office, U.S. Immigration and Customs Enforcement*; Kristi Noem, *in her official capacity as Secretary of Homeland Security*; Todd Lyons, *in his official capacity as Director of U.S. Immigration and Customs Enforcement*; U.S. Department of Homeland Security; and U.S. Immigration and Customs Enforcement,

Respondents.

File No. 26-cv-690 (ECT/DLM)

**ORDER**

---

Petitioner Julio G. has filed a Verified Petition for Writ of Habeas Corpus ("Petition") [ECF No. 1]. Based on all the files, records, and proceedings herein, **IT IS ORDERED THAT:**

1. Respondents are directed to file an answer to the Petition by no later than **January 29, 2026**, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

   a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the Petition;

   b. A reasoned memorandum of law and fact explaining Respondents' legal position on Petitioner's claims;

   c. Respondents' recommendation on whether an evidentiary hearing should be conducted; and

   d. Respondents' view as to whether—and if so, why—this matter is materially distinguishable, either factually or legally, from *Fernando F.P.D. v. Brott*, No. 25-cv-4455 (ECT/ECW), 2025 WL 3675151 (D. Minn. Dec. 17, 2025).

   e. Whether the absence of a warrant preceding Petitioner's arrest necessitates Petitioner's immediate release.

3. If Petitioner intends to file a reply to Respondents' answer, Petitioner must do so by no later than **January 31, 2026**. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: January 27, 2026

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court